**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kelby Devonta BENJAMIN,
Defendant–Appellant.**

No. 13–7120.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 12, 2013.

Decided: Jan. 10, 2014.

Kelby Devonta Benjamin, Appellant Pro Se. Joan Brodish Binkley, Sandra Jane Hairston, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelby Devonta Benjamin appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Benjamin,* No. 1:00–cr–00200–JAB–1 (M.D.N.C. July 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*